# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALLEN S. JOHNS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 3:07-CV-1409<br><br>(Judge Kosik) |

## MEMORANDUM AND ORDER

NOW, this 30th day of June, 2008, it appearing to the court that:

(1) On August 2, 2007, the plaintiff filed the above-styled action pursuant to 42 U.S.C. § 405(g) to seek review of the defendant's decision to deny the plaintiff's claim for Supplemental Security Income;

(2) This matter was assigned to Magistrate Judge Malachy E. Mannion;

(3) The parties filed appropriate briefs, and the Magistrate Judge issued a Report and Recommendation on June 4, 2008;

(4) In the Report and Recommendation, the Magistrate Judge concluded that the decision of the ALJ was supported by substantial evidence and he recommended that the plaintiff's appeal be denied;

(5) Neither the plaintiff nor the defendant filed objections to the Report and Recommendation;

AND, IT FURTHER APPEARING THAT:

(6) If no objections are filed to a magistrate judge's report and recommendation, the plaintiff is not statutorily entitled to a *de novo* review of his claims. See 28 U.S.C. § 636(b)(1)(C); Thomas v. Arn, 474 U.S. 140, 150–53 (1985).  Nonetheless, the usual practice of

the district court is to give "reasoned consideration" to a magistrate judge's report prior to adopting it.  See Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987).

(7) Having considered the Magistrate Judge's Report, we agree with the recommendation;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Malachy E. Mannion dated June 4, 2008 is **ADOPTED**;

(2) The plaintiff's appeal is **DENIED**; and

(3) The Clerk of Court is directed to **CLOSE** this case and to **FORWARD** a copy of this Memorandum and Order to the Magistrate Judge.

*s/Edwin M. Kosik*
United States District Judge